The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Charlene Lanette Gregory
   v. Commonwealth of Virginia
   Record No. 0691-13-2
   Opinion rendered by Judge Beales on
   November 25, 2014

2. Dollar Tree Stores, Inc., et al.
   v. Elizabeth A. Wilson
   Record No. 0474-14-3
   Opinion rendered by Chief Judge Huff on
   December 2, 2014